UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK L. JAVITCH,<br><br>    Plaintiff,<br><br>v.<br><br>ALANDO GROSSETT TAYLOR,<br><br>    Defendant. | Case No. 4:19-cv-03417-KAW<br><br>**ORDER TO FILE DISMISSAL WITHIN 90 DAYS; ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 11 |

On August 9, 2019, Plaintiff filed a notice of settlement. Accordingly, Plaintiff shall file a dismissal within 90 days of this order, absent any extension ordered by the Court. The October 1, 2019 case management conference is continued to December 3, 2019. The joint case management statement is due on or before November 26, 2019.

IT IS SO ORDERED.

Dated: August 15, 2019

_____
KANDIS A. WESTMORE
United States Magistrate Judge